1018

## UNITED STATES of America v. Leo DAYTON.
No. 6379.

Circuit Court of Appeals, Sixth Circuit.
Jan. 13, 1933.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

Worth Bryant, of Cookeville, Tenn., for appellee.

PER CURIAM.

Docketed and dismissed upon motion of counsel for appellant.

## UNITED STATES of America, Sidney C. Brown, C. M. Pearson and H. O. Plasman, Appellants, v. J. GORDON, Appellee.
No. 6236.

Circuit Court of Appeals, Fifth Circuit.
March 20, 1933.

W. P. Hughes, U. S. Atty., of Jacksonville, Fla., for appellants.

M. H. Rosenhouse, of Miami, Fla., for appellee.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

The memorandum opinion filed herein on April 14, 1932 (C. C. A.) 57 F.(2d) 1086, is hereby recalled; and, on the authority of United States v. Commercial Credit Co., 286 U. S. 63, 52 S. Ct. 467, 76 L. Ed. 978, the judgment of the district court is reversed.

## UNITED STATES of America v. Edward N. F. HARRIS.
No. 835.

Circuit Court of Appeals, Tenth Circuit.
March 28, 1933.

S. M. Brewster, U. S. Atty., of Topeka, Kan.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

## UNITED STATES of America v. Marie Alice HERBER et al.
No. 819.

Circuit Court of Appeals, Tenth Circuit.
March 10, 1933.

Herbert K. Hyde, U. S. Atty., of Oklahoma City, Okl.

Bierer & Bierer, of Guthrie, Okl., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.